

# Fourth Court of Appeals
## San Antonio, Texas

April 28, 2021

No. 04-21-00157-CV

**IN RE** Valerie **REDUS** and Robert M. Redus

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-07249
Honorable Laura Salinas, Judge Presiding

# O R D E R

Sitting:    Luz Elena D. Chapa, Justice
Irene Rios, Justice
Lori I. Valenzuela, Justice

Relators have filed a petition seeking a writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court no later than **May 13, 2021.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on April 28, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

